# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **GLENDON BRYANT, Individually and on Behalf of a Class of Similarly Situated Individuals;** | **PLAINTIFF** |
| v.   CASE NO. 4:20-cv-01147-LPR | |
| **FLYWHEEL ENERGY PRODUCTION, LLC,** An Oklahoma Limited Liability Company; | **DEFENDANT** |
| **DARRELL OLIGER AND CAROL OLIGER, CO-TRUSTEES OF THE DARRELL AND CAROL OLIGER REVOCABLE TRUST DATED JUNE 19, 2007, PULOMA PROPERTIES, LLC, and LGTD INVESTMENTS, LLC, Individually and on behalf of all others similarly situated** | **PLAINTIFFS** |
| v.   CASE NO. 4:20-cv-01146-LPR | |
| **FLYWHEEL ENERGY PRODUCTION, LLC** | **DEFENDANT** |
| **GARY FLOWERS AND DEBBIE FLOWERS,** Individually and on behalf of all others similarly situated | **PLAINTIFFS** |
| v.   CASE NO. 4:21-cv-330-LPR | |
| **FLYWHEEL ENERGY PRODUCTION, LLC; MERIT ENERGY COMPANY, LLC; and RIVERBEND OIL & GAS VII, LLC** | **DEFENDANTS** |
| **LARRY W. EUBANKS AND CAROLYN D. EUBANKS,** Individually and on behalf of all others similarly situated | **PLAINTIFFS** |
| v.   CASE NO. 4:21-cv-329-LPR | |
| **FLYWHEEL ENERGY PRODUCTION, LLC; XTO ENERGY, INC.** | **DEFENDANTS** |

## ORDER

Pending before the Court is Defendant Flywheel Energy Production, LLC's Motion for Consolidation. The Court GRANTS in part and DENIES in part Defendant's Motion.

Pursuant to Federal Rule of Civil Procedure 42, the Court believes consolidation of the *Bryant* case with the *Oliger* case is warranted. It is beyond dispute that these cases involve at least one "common question of law or fact": specifically, the interplay between the leases and the statutory/regulatory scheme governing blended royalties regarding the first 1/8th portion. Moreover, the potential classes in these cases largely overlap. And the Defendant in each of these cases is only Flywheel Energy Production, LLC. The Court believes significant efficiencies will come from this consolidation, and it will avoid a waste of resources for the parties and the Court. This consolidation is for all purposes except trial. Whether the consolidation should extend to trial is a decision the Court will make at a later time.[1]

The Court will treat the named Plaintiffs in each of these cases as co-plaintiffs. And, pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court will, within the next month, hold a hearing to determine which counsel to designate as interim counsel for the putative class. Until the Court makes this determination, no depositions are to be held. Depositions will be rescheduled after the Rule 23(g)(3) decision.

With respect to the *Flowers* and *Eubanks* cases, the Court denies the request for consolidation. The Court acknowledges that there is at least one common issue of law or fact in those cases. However, other factors, including but not limited to the combination of different Defendants and different leases, tip the scales against consolidation. Any efficiencies to be gained are outweighed by potential confusion created from consolidation of these cases involving other Defendants and leases. Still, the Court will sync up the discovery period in all four cases and expects counsel for all of the parties in each case to work together to minimize the burden of potentially duplicative depositions or discovery. For example, to the extent a potential 30(b)(6)

---

[1] For purposes of docketing, all pleadings in the consolidated cases shall be filed in the *Oliger* case, 4:20-cv-01146.

topic is relevant to more than one of the cases, a Flywheel representative should only have to sit for a particular topic one time. If the parties cannot work scheduling out amongst themselves, they may seek further relief from the Court. A deposition taken in (or other discovery provided in) any one of these cases may be used by any party in all of these cases, so far as depositions or discovery may normally be used. The Court will issue revised scheduling orders in all cases after the 23(g)(3) conference it holds in the *Bryant* and *Oliger* cases.

    IT IS SO ORDERED this 30th day of July 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE