# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GLENDON BRYANT, Individually
and on Behalf of a Class of Similarly
Situated Individuals**                                                                                      **PLAINTIFF**

v.                          Case No. 4:20-CV-01147-LPR

**FLYWHEEL ENERGY PRODUCTION,
LLC, An Oklahoma Limited
Liability Company**                                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE